**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF ILLINOIS**

IN RE: REDRIDGE DILIGENCE SERVICES, LLC d/b/a IMA DILIGENCE SERVICES AND PLAZA SERVICES, LLC DATA BREACH LITIGATION

**This Document Relates To: All Actions**

Master File No. 1:26-cv-02192

**DEFENDANT REDRIDGE DILIGENCE SERVICES, LLC d/b/a IMA DILIGENCE SERVICES' NOTICE OF MOTION**

**This Document Relates To: All Actions**

**TO: All Counsel of Record**

PLEASE TAKE NOTICE that Defendant RedRidge Diligence Services, LLC d/b/a IMA Diligence Services ("Defendant" or "RedRidge"), by and through its counsel, shall appear before the Honorable Thomas M. Durkin, United States District Judge, in Courtroom [___] of the United States District Court for the Northern District of Illinois, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, on [DATE — COUNSEL TO CONFIRM], at [TIME], or as soon thereafter as counsel may be heard, and shall then and there present **Defendant RedRidge Diligence Services, LLC d/b/a IMA Diligence Services' Motion to Dismiss the Consolidated Class Action Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6); or, in the Alternative, Motion to Strike the Class Allegations Pursuant to Fed. R. Civ. P. 12(f) and 23**, a copy of which is served upon you herewith.

Respectfully submitted,

Date: October 30, 2026

**WOOD, SMITH, HENNING & BERMAN LLP**

By: */s/ Jonathan J. Ibarra*______
Jonathan J. Ibarra, IL Bar No. 6309298
jibarra@wshblaw.com
222 S. Riverside Plaza, Suite 640
Chicago, IL 60606
Tel: 312.766.4447
**Attorneys for Defendant,**
**REDRIDGE DILIGENCE SERVICES, LLC d/b/a IMA DILIGENCE SERVICES**

Date: October 30, 2026

**WOOD, SMITH, HENNING & BERMAN LLP**

By:________________________________
Christopher J. Seusing
[Pro Hac Vice Forthcoming]
cseusing@wshblaw.com
33 Riverside Avenue, Suite 501
Westport, Connecticut 06880
Tel: 475.755.7040
**Attorneys for Defendant,**
**REDRIDGE DILIGENCE SERVICES, LLC d/b/a IMA DILIGENCE SERVICES**

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2026, I electronically filed the foregoing **DEFENDANT REDRIDGE DILIGENCE SERVICES, LLC d/b/a IMA DILIGENCE SERVICES' NOTICE OF MOTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Gary M. Klinger, Esq.
(IL Bar No. 6303726)
**MILBERG, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel : (866) 252-0878
gklinger@milberg.com
Leanna Loginov, Esq.
**SHAMIS & GENTILE P.A.**
14 NE 1st Ave, Suite 705
Miami, FL 33132
Tel: (305) 479-2299
lloginov@shamisgentile.com

Jeff Ostrow, Esq.
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Tel: 954-525-4100
ostrow@kolawyers.com

**Interim Class Counsel for Plaintiffs and the Putative Class**

*/s/ Jonathan J. Ibarra*
Jonathan J. Ibarra