**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF ILLINOIS**

IN RE: REDRIDGE DILIGENCE SERVICES, LLC d/b/a IMA DILIGENCE SERVICES AND PLAZA SERVICES, LLC DATA BREACH LITIGATION

**This Document Relates To: All Actions**

Master File No. 1:26-cv-02192

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT, OR IN THE ALTERNATIVE, MOTION TO STRIKE THE CLASS ALLEGATIONS**

## I. RECITALS

1. On April 13, 2026, the Court granted Plaintiffs' unopposed motion to reassign, relate, and consolidate the related actions, consolidated those actions under Master File No. 1:26-cv-02192 before the Honorable Thomas M. Durkin, and appointed Interim Class Counsel.

2. On May 27, 2026, Plaintiffs filed their Consolidated Class Action Complaint (the "Consolidated Complaint"), asserting claims for negligence (Count I), negligence per se (Count II), and unjust enrichment (Count III) on behalf of a putative nationwide class arising from an alleged data-security incident.

3. On October 8, 2026, following the Court's denial of Defendant's motion to transfer venue, the Court set October 30, 2026 as Defendant's deadline to answer or otherwise respond to the Consolidated Complaint.

4. On October 30, 2026, Defendant filed the Motion.

## II. ORDER

This matter comes before the Court on the Motion of Defendant RedRidge Diligence Services, LLC d/b/a IMA Diligence Services ("Defendant") to Dismiss the Consolidated Class Action Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) or, in the alternative, to Strike the Nationwide Class Allegations pursuant to Federal Rule of Civil Procedure 12(f) and Rule 23 (the "Motion"). The Court, having considered the Motion, the Memorandum in Support, any response and reply thereto, the pleadings and record in this matter, being fully advised in the premises, and finding good cause therefor, hereby ORDERS as follows:

IT IS HEREBY ORDERED that the Motion is **GRANTED**, as set forth below:

1. Defendant's Motion to Dismiss for lack of subject-matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1) is **GRANTED**.

2. Defendant's Motion to Dismiss for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6) is **GRANTED** as to Count I (Negligence), Count II (Negligence Per Se), and Count III (Unjust Enrichment).

3. In the alternative, Defendant's Motion to Strike the Nationwide Class Allegations under Federal Rule of Civil Procedure 12(f) and Rule 23 is **GRANTED**.

4. The Consolidated Class Action Complaint is **DISMISSED** in its entirety without prejudice.

5. To the extent the Motion is denied, in whole or in part, Defendant shall answer or otherwise respond to the Consolidated Class Action Complaint within 30 days of the date of this Order.

**SO ORDERED.**

Dated: ___________________, 20_____ ENTER:

_________________________________________

**Honorable Thomas M. Durkin**
**United States District Judge**

## CERTIFICATE OF SERVICE

I hereby certify that on this October 30, 2026, I caused the foregoing **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT, OR IN THE ALTERNATIVE, MOTION TO STRIKE THE CLASS ALLEGATIONS** to be served upon all counsel of record via the Court's CM/ECF system, including the following:

Gary M. Klinger, Esq. (IL Bar No. 6303726)
MILBERG, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
gklinger@milberg.com

Leanna Logniov, Esq.
SHAMIS & GENTILE P.A.
14 NE 1st Ave, Suite 705
Miami, FL 33132
Tel: (305) 479-2299
lloginov@shamisgentile.com

Jeff Ostrow, Esq.
KOPELOWITZ OSTROW P.A.
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Tel: 954-525-4100
ostrow@kolawyers.com
**Interim Class Counsel for Plaintiffs and the Putative Class**

/s/ Jonathan J. Ibarra
Jonathan J. Ibarra